# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEBORAH L. MOBERLY, | ) | 3:15-cv-00122-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 8, 2016 |
| BANK OF AMERICA, N.A., et.al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER:  <u>NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING  </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING  </u>

**MINUTE ORDER IN CHAMBERS:**

The court is in receipt of the parties' proposed Stipulation and Order to Extend Discovery Cut-off Date and Related Deadlines. (ECF No. 45.)  The stipulation for an extension of time is not in compliance with LR IA 6-1(a), which provides:

> (a)  A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted. (Examples: "This is the first stipulation for extension of time to file motions." "This is the third motion to extend time to take discovery.") A request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect. Immediately below the title of the motion or stipulation there also must be a statement indicating whether it is the first, second, third, etc., requested extension, i.e.:

**STIPULATION TO EXTEND TIME TO FILE MOTIONS**
**(First Request)**

The motion/stipulation is therefore **DENIED.**  The court will approve a revised stipulation which complies with the rule.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk