DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rebekkah.bodoff@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH H. MOBERLY,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 3:15-CV-00122-MMD-WGC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff Deborah H. Moberly and Defendant Bank of America, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to Bank of America, N.A. Each party shall bear its own attorney's fees,

///

///

///

///

///

///

///

{41698695;1}

prejudgment interest, and costs of suit.

DATED this 8th day of May, 2016.

| By: | By: |
|---|---|
| /s/ *Mark G. Simons* | /s/*Karen A. Whelan* |
| MARK G. SIMONS | DARRREN T. BRENNER, ESQ. |
| Robison, Belaustegui, Sharp & Low | Nevada Bar No. 8386 |
| 71 Washington Street | REBEKKAH B. BODOFF, ESQ. |
| Reno, Nevada 89503 | Nevada Bar No. 12703 |
| | KAREN A. WHELAN, ESQ. |
| *Attorney for Plaintiff Deborah H. Moberly* | Nevada Bar No. 10466 |
| | 1160 Town Center Drive, Suite 330 |
| | Las Vegas, Nevada 89144 |
| | *Attorneys for Defendant Bank of America, N.A.* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 8, 2017 _____